Brown *v.* Rudulph, administrator.

Hill, J. The verdict was not demanded in this case, and there was no abuse of discretion in the first grant of a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 475.    May 14, 1918.

Equitable petition. Before Judge Highsmith. Camden superior court. June 6, 1917.

*C. B. Conyers,* for plaintiff in error.    *S. C. Townsend,* contra.